
# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**LURLINE SMITH, individually and on behalf of all others similarly situated,**
    Plaintiff,

v.

CASE NO.: **2:18-CV-09462-MCA-MAH**

**GC SERVICES LIMITED PARTNERSHIP JOHN DOES 1-25**
    Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 23, 2018

| **For Plaintiff Lurline Smith** | **For Defendant GC SERVICES LIMITED** |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500 x101<br>ysaks@steinsakslegal.com | /s/ Frederick E. Blakelock<br>Frederick E. Blakelock<br>Reilly, McDevitt, & Henrich, P.C.<br>3 Executive Campus, Suite 310<br>Cherry Hill, New Jersey 08002<br>(856) 317-7180 x 269<br>Fblakelock@rmh-Law.Com |
|  |  |

1